CO-386-online
9/24/03

# United States District Court
# For the District of Columbia

James W. Cephas )
)
)
)
vs  Plaintiff )  Civil Action No._____
)
MVM, Inc., et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __MVM, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __MVM, Inc._____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Jason M. Branciforte /kg*
Signature

__429877_____
BAR IDENTIFICATION NO.

__Jason M. Branciforte_____
Print Name

__1225 I Street, NW, Suite 1000__
Address

__Washington, DC__    __20005__
City           State        Zip Code

__202.842.3400_____
Phone Number